UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CASHON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MODESTO, LLC, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00671-NONE-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 14)** |

On May 15, 2019, Defendant removed this case to this Court from Stanislaus County Superior Court, (Doc. 1), and on September 26, 2019, the Court issued a scheduling order, (Doc. 12). The parties now seek to continue all deadlines by approximately 120 days. (Doc. 14.) The parties state that modification of the scheduling order is necessary due to the coronavirus (COVID-19) pandemic and related state and local restrictions that have impeded the progress of discovery. (*See id.* at 3.) The Court finds that the parties have shown good cause to extend the deadlines and will grant the stipulation.

For good cause shown, the Court GRANTS the parties' request and will modify the

scheduling order and enlarge the deadlines as set forth below.[1]

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | September 18, 2020 | January 19, 2021 |
| Expert Disclosures | October 2, 2020 | February 2, 2021 |
| Rebuttal Expert Disclosures | October 15, 2020 | February 16, 2021 |
| Expert Discovery Completion | November 13, 2020 | March 16, 2021 |
| Non-Dispositive Motion Filing | November 20, 2020 | March 23, 2021 |
| Non-Dispositive Motion Hearing | December 16, 2020 | April 21, 2021 |
| Dispositive Motion Filing | November 20, 2020 | March 23, 2021 |
| Dispositive Motion Hearing | January 13, 2021 | May 10, 2021 |
| Pretrial Conference | March 17, 2021 | July 21, 2021 |
| Trial | May 18, 2021 | September 27, 2021 |

Finally, the "Telephonic Status re Settlement Conference" currently set for October 14, 2020, (*see* Doc. 12 at 1), is CONTINUED to January 27, 2021 at 4:00 P.M (dial-in number 1-888-557-8511; passcode: 6208204#). The parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed settlement conference dates by no later than January 20, 2021.

IT IS SO ORDERED.

Dated:   **August 19, 2020**                             /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has adjusted certain dates to conform to the Court's scheduling requirements.