# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CASHON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MODESTO, LLC; ENCOMPASS HEALTH CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:19-cv-00671-NONE-SKO<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>(Doc. 16) |

On May 15, 2019, Defendant removed this case to this Court from Stanislaus County Superior Court (Doc. 1), and on September 26, 2019, the Court issued a scheduling order (Doc. 12). On August 19, 2020, the parties requested to modify the scheduling order by extending all deadlines by approximately 120 days in light of the coronavirus (COVID-19) pandemic, which the Court granted.  (Docs. 14 &15.)  On December 11, 2020, the parties filed a Joint Stipulation and Motion to Amend the Scheduling Order (the "Stipulation"), now seeking to amend the scheduling order again and requesting to continue all deadlines by approximately 180 days.  (Doc. 16.)  The parties state that modification of the scheduling order is necessary due to the ongoing pandemic and related state and local restrictions that have impeded the progress of discovery and efforts at mediation. (*See id.* at 3–4.)  The Court finds that the parties have shown good cause to extend the deadlines and

will grant the Stipulation.

For good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the deadlines as set forth below.

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | January 19, 2021 | July 18, 2021 |
| Expert Disclosures | February 2, 2021 | August 1, 2021 |
| Rebuttal Expert Disclosures | February 16, 2021 | August 15, 2021 |
| Expert Discovery Completion | March 16, 2021 | September 12, 2021 |
| Non-Dispositive Motion Filing | March 23, 2021 | September 22, 2021 |
| Non-Dispositive Motion Hearing | April 21, 2021 | October 20, 2021 |
| Dispositive Motion Filing | March 23, 2021 | September 22, 2021 |
| Dispositive Motion Hearing | May 10, 2021 | November 10, 2021 |
| Pretrial Conference | July 21, 2021 | January 19, 2022 |
| Trial | September 27, 2021 | March 29, 2022 |

IT IS SO ORDERED.

Dated:   **December 14, 2020**                         /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE