UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALERIE CASHON,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MODESTO, LLC; ENCOMPASS HEALTH CORPORATION**,<br><br>　　　　　Defendants. | No. 1:19-cv-00671-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 56) |

On May 30, 2025, the parties filed a joint stipulation dismissing the action. (Doc. 56.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff's first through tenth causes of action and without prejudice as to Plaintiff's eleventh cause, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**May 30, 2025**　　　　　　　　　　　*/s/ Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE